"UNDER SEAL"

FILED
CHARLOTTE, NC
AUG 19 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25cr239-KDB |
| v. | BILL OF INDICTMENT |
| (1) FABIO ANTONIO GIL<br>(2) ERICKSON ANDRES BARREZUETA-LOOR<br>(3) LUIS ALEXANDER MOREIRA VINCES<br>(4) LEOPOLDO ADRIAN MOREIRA<br>(5) ELVIS DOUGLAS BARREZUETA-LOOR,<br>   a.k.a., DOUGLAS BARREZUETA-LOOR | Violations: 18 U.S.C. § 371<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 923(a)<br>18 U.S.C. § 924(a)(1)(D)<br>18 U.S.C. § 554<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

*(Conspiracy to Provide False Statement During the Purchase of a Firearm)*

From at least as early as early as January 24, 2025 through April 2, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

**(1) FABIO ANTONIO GIL**
**(2) ERICKSON ANDRES BARREZUETA-LOOR**
**(3) LUIS ALEXANDER MOREIRA VINCES**
**(4) LEOPOLDO ADRIAN MOREIRA**

knowingly combined, conspired, confederated, and agreed with each other and with others, known and unknown to the Grand Jury, to knowingly make false statements, in connection with the acquisition of firearms from licensed dealers, that were intended and likely to deceive such dealers, with respect to any fact material to the lawfulness of the sale of such firearms, an offense against the United States, in violation of Title 18, United States Code, Section 922(a)(6).

**BACKGROUND**

**(1) FABIO ANTONIO GIL**, age 27, is an American citizen and is a resident of

Charlotte, NC.

- **(2) ERICKSON ANDRES BARREZUETA-LOOR**, age 30, is an Ecuadorian national from Manta, Ecuador.

- **(3) LUIS ALEXANDER MOREIRA VINCES**, age 25, is an Ecuadorian national from Manta, Ecuador.

- **(4) LEOPOLDO ADRIAN MOREIRA**, age 21, is an American citizen and is a resident of New Jersey.

- **(5) ELVIS DOUGLAS BARREZUETA-LOOR, a.k.a., DOUGLAS BARREZUETA-LOOR**, age 27, is an Ecuadorian national from Manta, Ecuador.

### THE WAYS, MANNER, AND MEANS OF THE CONSPIRACY

The purpose of the conspiracy was to evade federal firearms laws governing the sale of firearms through the provision of false statements made to licensed firearms dealers about the true purchaser of the firearms. The ways, manner, and means by which the members of the conspiracy accomplished the conspiracy included the following:

a. It was part of the conspiracy that **(1) FABIO ANTONIO GIL** purchased firearms for other members of the conspiracy. In connection with such purchases, **(1) FABIO ANTONIO GIL** provided false statements to licensed firearms dealers to include, that **(1) FABIO ANTONIO GIL** was the actual transferee/buyer of the firearms, when in fact, **(1) FABIO ANTONIO GIL** was not the actual transferee/buyer of the firearm.

b. It was further part of the conspiracy that members of the conspiracy provided U.S. currency to purchase the firearms.

c. It was further part of the conspiracy that members of the conspiracy transferred funds to each other in connection with the purchase of the firearms utilizing Zelle, an online digital payments platform.

d. It was further part of the conspiracy that **(1) FABIO ANTONIO GIL** provided false information in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 applications to purchase firearms.

e. It was further part of the conspiracy to utilize an unlicensed shipper based in Charlotte, NC to transport the firearms in interstate and foreign commerce to places outside North Carolina known and unknown to the grand jury.

### OVERT ACTS

In furtherance of this conspiracy, and to affect the objects thereof, at least one of the co-conspirators committed overt acts in the Western District of North Carolina and elsewhere, including, but not limited to, the following:

a. On or about January 24, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G19X, 9x19mm, pistol from Carolina Sporting Arms, 8055 South Boulevard, Charlotte, NC.

b. On or about January 24, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G19X, 9x19mm, pistol from Hyatt Coin & Gun Shop, Inc., 3332 Wilkinson Boulevard, Charlotte, NC.

c. On or about January 24, 2025, **(1) FABIO ANTONIO GIL** received a payment of $350 through Zelle from **(2) ERICKSON ANDRES BARREZUETA-LOOR.**

d. On or about January 25, 2025, **(1) FABIO ANTONIO GIL** received a payment of $400 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

e. On or about January 28, 2025, **(1) FABIO ANTONIO GIL** received a payment of $1000 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

f. On or about January 28, 2025, **(1) FABIO ANTONIO GIL** received a payment of $500 through Zelle from **(2) ERICKSON ANDRES BARREZUETA-LOOR.**

g. On or about January 29, 2025, **(1) FABIO ANTONIO GIL** received a payment of $500 through Zelle from **(2) ERICKSON ANDRES BARREZUETA-LOOR.**

h. On or about January 29, 2025, **(1) FABIO ANTONIO GIL** received a payment of $500 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

i. On or about January 29, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G17 GEN 3, 9x19mm, pistol and two Glock, model G17 GEN 5, 9x19mm, pistols from Blackstone Shooting Sports, 2001 Wilkinson Boulevard, Charlote, NC.

j. On or about January 29, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G19 GEN 5, 9x19mm, pistol from Hyatt Coin & Gun Shop, Inc., 3332 Wilkinson Boulevard, Charlotte, NC.

k. On or about February 6, 2025, **(1) FABIO ANTONIO GIL** attempted to purchase a firearm at Smart Pawn & Jewelry, 7025 South Boulevard, Charlotte, NC. The purchase was cancelled because a store manager suspected **(1) FABIO ANTONIO GIL** was engaged in a straw purchase of the firearm.

l. On or about February 7, 2025, **(1) FABIO ANTONIO GIL** received a payment of $500 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

m. On or about February 7, 2025, **(1) FABIO ANTONIO GIL** purchased an FN, model Five-seveN, 5.7x28mm pistol, from Hyatt Coin & Gun Shop, Inc., 3332 Wilkinson Boulevard, Charlotte, NC.

n. On or about February 8, 2025, **(1) FABIO ANTONIO GIL** received a payment of $140 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

o. On or about February 8, 2025, **(1) FABIO ANTONIO GIL** received a payment of $500 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

p. On or about February 10, 2025, **(1) FABIO ANTONIO GIL** purchased an FN, model FIVE-SEVEN MK3, 5.7x28mm, pistol from Carolina Sporting Arms, 8055 South Boulevard, Charlotte, NC.

q. On or about February 17, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G17 GEN 5, 9x19mm, pistol from Firepower, Inc., 1200 Industrial Drive, Matthews, NC.

r. On or about February 18, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model 45, 9x19mm, pistol from The Gun Outlet, 5115-D North Tryon Street, Charlotte, NC.

s. On or about February 18, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G19 GEN 5, 9x19mm, pistol from Hyatt Coin & Gun Shop, Inc., 3332 Wilkinson Boulevard, Charlotte, NC.

t. On or about February 19, 2025, **(1) FABIO ANTONIO GIL** received a payment of $100 through Zelle from **(2) ERICKSON ANDRES BARREZUETA-LOOR**.

u. On or about February 20, 2025, **(1) FABIO ANTONIO GIL** purchased two Glock, model G19 GEN 5, 9x19mm, pistols from Watchdog Tactical, 10430-H Harris Oaks Boulevard, Charlote, NC.

v. On or about February 21, 2025, **(1) FABIO ANTONIO GIL** received a payment of $2100 through Zelle from **(2) ERICKSON ANDRES BARREZUETA-LOOR**.

w. On or about February 21, 2025, **(1) FABIO ANTONIO GIL** received a payment of $117 through Zelle from **(2) ERICKSON ANDRES BARREZUETA-LOOR.**

x. On or about February 21, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G17, 9x19mm, pistol and a Glock, model G19, 9x19mm, pistol from The Gun Outlet, 5115-D North Tryon Street, Charlote, NC.

y. On or about February 25, 2025, **(1) FABIO ANTONIO GIL** received a payment of $1400 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

z. On or about February 25, 2025, **(1) FABIO ANTONIO GIL** received a payment of $500 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

aa. On or about February 25, 2025, **(1) FABIO ANTONIO GIL** purchased two FN, model FIVE-SEVEN MK3, 5.7x28mm, pistols from Watchdog Tactical, 10430-H Harris Oaks Boulevard, Charlote, NC.

bb. On or about February 26, 2025, **(1) FABIO ANTONIO GIL** received a payment of $800 through Zelle from UNINDICTED CO-CONSPIRATOR 1.

cc. On or about February 28, 2025, **(1) FABIO ANTONIO GIL** received a payment of $117 through Zelle from **(2) ERICKSON ANDRES BARREZUETA-LOOR**.

dd. On or about February 28, 2025, **(1) FABIO ANTONIO GIL** purchased two FN, model Five-SeveN, 5.7x28mm, pistols from Beltway Gun & Pawn, 11500-B East Independence Boulevard, Matthews, NC. One of the FN pistols had serial number 386425550 and the other had serial number 386408374.

ee. From on or about January 20, 2025, through April 1, 2025, UNINDICTED CO-CONSPIRATOR 1 paid via Zelle **(2) ERICKSON ANDRES BARREZUETA-LOOR** a total of approximately $15,945 in approximately twenty separate transactions. UNINDICTED CO-CONSPIRATOR 2 paid **(2) ERICKSON ANDRES BARREZUETA-LOOR** via Zelle $1500 on January 31, 2025, and $1020 on March 1, 2025.

ff. On or about March 2, 2025, **(2) ERICKSON ANDRES BARREZUETA-LOOR** and **(3) LUIS ALEXANDER MOREIRA VINCES** artfully concealed firearms and firearms parts in wrapped bed sheets, an Oster toaster box and a Mario Kart toy box. These concealed firearms and firearms parts were provided to an unlicensed shipper, located in Charlotte, NC, to be sent to Ecuador. **(2) ERICKSON ANDRES BARREZUETA-LOOR** and **(3) LUIS ALEXANDER MOREIRA VINCES** paid the shipper to ship the items to Ecuador and did not disclose to the shipper that the packages contained firearms and firearms parts. Included in the packages was an FN, Model Five-seveN, 5.7x28mm caliber, semi-pistol, purchased by **(1) FABIO ANTONIO GIL**, on February 28, 2025, at Beltway Gun & Pawn, 11500-B East Independence Boulevard, Matthews, NC. This firearm was recovered on March 11, 2025, by the Transportation Security Administration at the Charlotte Douglas International Airport concealed in a bag checked through to Ecuador by an Ecuadorian national named GALO DARIO ROJAS-NOBLECILLA, charged elsewhere, who was acting as a courier for the unlicensed shipper. The FN, Model Five-seveN, 5.7x28mm caliber pistol was provided to the unlicensed shipper by **(2) ERICKSON ANDRES BARREZUETA-LOOR** and **(3) LUIS ALEXANDER MOREIRA VINCES**.

gg. On March 11, 2025, Charlotte-Mecklenburg Police recovered from the scene of the unlicensed shipper in Charlotte, NC, a tan receiver for an FN, model Five-seveN,

5.7x28mm caliber pistol. The receiver along with slides and barrels of other pistols were found in packages to be shipped to Ecuador. the second firearm N

hh. On or about March 17, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G19, 9x19mm, pistol from South Charlotte Jewelry & Loan, 7143-B South Boulevard, Charlote, NC.

ii. On or about March 17, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G17 GEN 5, 9x19mm, pistol from Smart Pawn North Carolina, 3101 South Boulevard, Charlote, NC.

jj. On or about April 1, 2025, **(1) FABIO ANTONIO GIL** purchased a Glock, model G17, 9x19mm, pistol from South Charlotte Jewelry & Loan, 7143-B South Boulevard, Charlote, NC. On or about April 2, 2025, **(2) ERICKSON ANDRES BARREZUETA-LOOR**, was found in possession of the Glock, model G17, 9x19mm, pistol purchased by Gil on April 1, 2025. **(2) ERICKSON ANDRES BARREZUETA-LOOR** was traveling with **(1) FABIO ANTONIO GIL** when found in possession of the pistol.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

*(False Statement During Purchase of a Firearm)*

On or about February 28, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### (1) FABIO ANTONIO GIL

in connection with the acquisition of two firearms, FN, model Five seveN, 5.7x28mm pistols, from Beltway Gun & Pawn, 11500-B, E. Independence Blvd., Matthews, North Carolina, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Beltway Gun & Pawn, which statement was intended and likely to deceive Beltway Gun & Pawn, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, he was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

*(False Statement During Purchase of a Firearm)*

On or about March 17, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendants,

**(1) FABIO ANTONIO GIL**
**(3) LUIS ALEXANDER MOREIRA VINCES**
**(4) LEOPOLDO ADRIAN MOREIRA**

did, aiding and abetting each other and others both known and unknown to the grand jury, in connection with the acquisition of firearms, a Glock, model G19, 9x19mm pistol, from South Charlotte Jewelry & Loan, 7143-B South Boulevard, Charlotte, North Carolina, and a Glock, model G17 GEN5, 9x19mm pistol, from Smart Pawn North Carolina, 3101 South Boulevard, Charlotte, North Carolina, licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements to South Charlotte Jewelry & Loan and Smart Pawn North Carolina, which statements were intended and likely to deceive South Charlotte Jewelry & Loan and Smart Pawn North Carolina as to a fact material to the lawfulness of such sales of the said firearms to the defendant, under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, for each purchase, to the effect that **(1) FABIO ANTONIO GIL** was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact, as the defendants then knew, he was not the actual transferee/buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT FOUR

*(Dealing in Firearms without a License)*

From in or about January 24, 2025, and continuing through on or about April 2, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(1) FABIO ANTONIO GIL**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FIVE

*(Attempted Smuggling)*

On or about February 28, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### (5) ELVIS DOUGLAS BARREZUETA-LOOR,
### a.k.a., DOUGLAS BARREZUETA-LOOR

did, willfully, knowingly and fraudulently attempt to export and send firearms parts, to wit: pistol slides, from the United States, contrary to 15 C.F.R. § 736.2(b)(1), a law and regulation of the United States, in violation of Title 18, United States Code, Section 554.

## COUNT SIX

*(Attempted Smuggling)*

On or about March 2, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

### (2) ERICKSON ANDRES BARREZUETA-LOOR
### (3) LUIS ALEXANDER MOREIRA VINCES

did, aiding and abetting each other and others both known and unknown to the grand jury, willfully, knowingly and fraudulently attempt to export and send an FN Herstal, Model Five-seveN, 5.7x28mm caliber, semi-automatic pistol and an additional slide, from the United States, contrary to 15 C.F.R. § 736.2(b)(1), a law and regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. one FN, model Five-seveN, 5.7x28mm, pistol, serial number 386425550, and an additional slide;
b. one FN, model Five-seveN, 5.7x28mm, pistol receiver, serial number 386408374;
c. one Glock, model G17, 9x19mm, pistol, serial number BVZP659;
d. one Glock, model G19, 9x19mm, pistol receiver, serial number ACHY222;
e. one Glock, model G19, 9x19mm, pistol slide with barrel and spring attached, serial number ACHY222;
f. one Glock, model G19, 9x19mm, pistol slide with barrel and spring attached, serial number ADMD854; and
g. one Glock, model G19, 9x19mm, pistol slide with barrel and spring attached, serial number CCKB452.

A TRUE BILL



FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ROBERT J. GLEASON
ASSISTANT UNITED STATES ATTORNEY